IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALEAK ROBERT CHANDLER | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-3400 |
| | : | |
| LAUREN TAMBURINO, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 14th day of October, 2025, upon consideration of Defendants Lauren Tamburino and Paulina Foley's Motion to Dismiss (ECF No. 15), and Plaintiff Waleak Chandler's Response thereto (ECF No. 18), it is **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. Defendants Lauren Tamburino and Paulina Foley shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

_____
**HON. MIA R. PEREZ**